USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 03 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - : INDICTMENT

JEFFREY OKINE,
MARQUIS DANIELS,
RAYSHAUN JONES, and
TYQUEZ HARRELL,

13 CRIM 416

Defendants.

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about December 2012, up to and including on or about January 3, 2013, in the Southern District of New York and elsewhere, JEFFREY OKINE, MARQUIS DANIELS, RAYSHAUN JONES, and TYQUEZ HARRELL, the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, OKINE, DANIELS, JONES, and HARRELL agreed to rob and did rob at gunpoint individuals working at commercial establishments in the Bronx,

Judge Berman

New York, and those establishments sold goods that had traveled in interstate commerce.

Overt Act

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about January 3, 2013, JEFFREY OKINE, MARQUIS DANIELS, RAYSHAUN JONES, and TYQUEZ HARRELL, the defendants, traveled to the vicinity of 3040 Lurting Avenue, Bronx, New York, to rob a car dealership.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

3. On or about January 3, 2013, in the Southern District of New York, JEFFREY OKINE, MARQUIS DANIELS, RAYSHAUN JONES, and TYQUEZ HARRELL, the defendants, unlawfully and knowingly did commit, and attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, OKINE, DANIELS, JONES, and HARRELL robbed and attempted to rob individuals working at a car dealership located at 3040

Lurting Avenue, Bronx, New York, and the car dealership engaged in commercial activities that affected interstate commerce.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury further charges:

4. From in or about December 2012, up to and including on or about January 3, 2013, in the Southern District of New York and elsewhere, JEFFREY OKINE, MARQUIS DANIELS, RAYSHAUN JONES, and TYQUEZ HARRELL, the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment and the robbery and attempted robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and, in the course of the crime of violence, the firearm was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)

FORFEITURE ALLEGATION

5. As a result of committing the robbery offenses alleged in Counts One and Two of this Indictment, JEFFREY OKINE, MARQUIS DANIELS, RAYSHAUN JONES, and TYQUEZ HARRELL, the defendants, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461, all

property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of this Indictment.

Substitute Assets Provision

6. If any of the forfeitable property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461, to seek forfeiture to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981,
Title 28, United States Code, Section 2461, and
Title 18, United States Code, Section 1951.)

FOREPERSON 6/3/2013

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**JEFFREY OKINE, MARQUIS DANIELS,**
**RAYSHAUN JONES, and**
**TYQUEZ HARRELL,**

**Defendants.**

---

**INDICTMENT**

13 Cr.

(Title 18, United States Code,
Sections 924(c), 1951 & 2)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

6/3/13 Filed Ind. Part 11-1 ...
This case is assigned to Judge Berman
for all purposes
Mag. Judge Pitman