UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Government,            :      13 CR. 416 (RMB)
                                         :
   - against -                           :      **ORDER**
                                         :
JEFFREY OKINE,                           :
               Defendant.             :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, February 7, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 517 881 932#

Dated: February 1, 2023
       New York, NY

                                                             **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**