UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      **ORDER**

       -against-                                     13 Cr 416

JEFFREY OKINE,

                        Defendant.
------------------------------------------------------------X

       The terms of supervised release set forth in the Judgment of Conviction, dated November 24, 2014, are hereby modified to delete the words "if deemed necessary by probation" on page 4, condition #2. See United States v. Peterson, 248 F. 3d 79, 85 (2d Cir. 2001). See also Transcript of the supervised release hearing held on February 7, 2023.

Dated: New York, New York
         February 8, 2023



                                                   RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/23