UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,     :
                                                                     :
                         Government,     :         13 CR. 416 (RMB)
                                                       :
               - against -                              :              **ORDER**
                                                                   :
JEFFREY OKINE,                                    :
                                         Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday March 16, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 253 165 830#

Dated: March 8, 2023
       New York, NY

                                                                _____
                                                                   **RICHARD M. BERMAN**
                                                                            **U.S.D.J.**