UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                      Government,     :    13 CR. 416 (RMB)
                                   :
      - against -                :    **ORDER**
                                   :
JEFFREY OKINE,                     :
                      Defendant.      :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, June 15, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 756 281 518#

Dated: June 7, 2023
       New York, NY

                                    *Richard M. Berman*
                             **RICHARD M. BERMAN**
                                 **U.S.D.J.**