UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                Government,       :       13 CR. 416 (RMB)
                                                 :
     - against -                               :       **ORDER**
                                                 :
JEFFREY OKINE,                                   :
                Defendant.        :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, August 10, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 218 859 556#

Dated: August 2, 2023
       New York, NY

                                         _____
                                         **RICHARD M. BERMAN**
                                               **U.S.D.J.**