UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,      :        13 CR. 416 (RMB)
                                           :
       - against -                        :        **ORDER**
                                           :
JEFFREY OKINE,                             :
                Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 2, 2023 at 1:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 339 717 048#

Dated: October 25, 2023
       New York, NY

                                        _____
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**