UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,      :     13 CR. 416 (RMB)
                                             :
      - against -                          :     **ORDER**
                                             :
JEFFREY OKINE,                               :
                Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 9, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 993 685 23#

Dated: January 3, 2024
       New York, NY

                                                               **RICHARD M. BERMAN**
                                                                      **U.S.D.J.**