UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     13 CR. 416 (RMB)
                                         :
    - against -                         :     **ORDER**
                                         :
JEFFREY OKINE,                           :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, April 30, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 651 421 396#

Dated: April 24, 2024
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                            **U.S.D.J.**