UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JEFFREY OKINE,<br><br>                Defendant. | 13-CR-416 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Thursday, August 15, 2024, at 9:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 221 756 446#

Video Link: hyperlinked here

Mr. Okine was sentenced on November 24, 2014 to 125 months of incarceration and 5 years of supervised release for Hobbs Act Robbery. Supervision commenced on December 16, 2022 and is scheduled to expire on December 15, 2027.

Okine has been compliant with all of his conditions of supervision. He has incurred no violations of supervised release. Okine is employed and attends weekly treatment. Okine's treatment provider stated that he has "nothing but strong, positive endorsement" for him.

Date: August 7, 2024
New York, New York

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J.**