**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                          :
                                    Government,     :         13 CR. 416 (RMB)
                                                                          :
                    - against -                              :         **ORDER**
                                                                          :
JEFFREY OKINE,                                            :
                                                                          :
                                    Defendant.       :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 26, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 753 439 516#

Dated: September 18, 2024
           New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**