UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :     13 CR. 416 (RMB)
                                         :
        - against -                      :     **ORDER**
                                         :
JEFFREY OKINE,                           :
                                         :
                    Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 18, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 673 071 564#

Dated: November 13, 2024
       New York, NY

                                              _____
                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**