UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                       Government,  :          13 CR. 416 (RMB)
                                    :
         - against -                :          **ORDER**
                                    :
JEFFREY OKINE,                      :
                                    :
                       Defendant.   :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, February 25, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 996 259 185#

Dated: February 19, 2025
    New York, NY

_Richard M. Berman_
**RICHARD M. BERMAN**
**U.S.D.J.**