UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,     :     13 CR. 416 (RMB)
                                            :
        - against -                     :     **ORDER**
                                            :
JEFFREY OKINE,                              :
                                            :
                Defendant.       :
------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, February 25, 2025 at 10:00 A.M. is hereby rescheduled to March 19, 2025 at 11:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 996 259 185#

Dated: February 24, 2025
      New York, NY

                                        _____
                                        **RICHARD M. BERMAN**
                                              **U.S.D.J.**