**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                              Government,     :     13 CR. 416 (RMB)

      - against -                           :     **ORDER**

JEFFREY OKINE,                                     :

                              Defendant.      :
-------------------------------------------------------------x

       The supervised release hearing scheduled for Tuesday, May 6, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: April 30, 2025
         New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.